NOT FOR PUBLICATION; FOR UPLOAD TO WWW.VID.USCOURTS.GOV

```
         IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
             DIVISION OF ST. THOMAS AND ST. JOHN
```

| | |
|---|---|
| **JUAN FRANCISCO LIZARDO,** ) | D.C. CV. No. 2002/0155 |
| Petitioner, ) | 28 U.S.C. § 2255 |
| ) | |
| 5. ) | Ref.: D.C. CR. NO. 1998/001-3 |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| Respondent. ) | |
| _____) | |

# O R D E R

For the reasons stated in the Memorandum Opinion of even date, it is hereby

**ORDERED** that Petitioner Juan Francisco Lizardo's motion under 28 U.S.C. § 2255 is **DENIED**; and further

**ORDERED** that a **CERTIFICATE OF APPEALABILITY** will not be issued; and further

**ORDERED** that Lizardo's May 23, 2006 Motion to Dismiss Counsel is **GRANTED**; and further

**ORDERED** that Lizardo's January 26, 2007 motion for an evidentiary hearing is **DENIED**; and further

**ORDERED** that other pending motions, if any, are **DENIED** as moot; and finally

**ORDERED** that the Clerk of the Court shall **CLOSE** this file.

**DONE AND SO ORDERED** this 25th day of January, 2008.

**E N T E R:**

s/_____
**CURTIS V. GÓMEZ**
**CHIEF JUDGE**

**Copies to:**
    Geoffrey W. Barnard, Magistrate Judge
    Juan Francisco Lizardo, Reg. No. 04354-094, FCI Edgefield,
        Federal Correctional Institution, P.O. Box 725,
        Edgefield, SC 29824 (Please Mark: "LEGAL MAIL: OPEN IN
        PRESENCE OF INMATE ONLY")
    Anthony Jenkins, US Attorney
    Nelson L. Jones, AUSA